**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: B.N.E., A MINOR   :   No. 272 MAL 2018

: 

: 

PETITION OF: P.E., FATHER   :   Petition for Allowance of Appeal from

:   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.